UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVON ANZALDUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV01257 ERW |
| ) | |
| NORTHEAST AMBULANCE and ) | |
| FIRE PROTECTION DISTRICT, et al. ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on "Plaintiff's Motion to Reconsider Memorandum and Order Dated October 21, 2013 (Doc. 15), or Alternatively, Motion for Leave to Amend Complaint" [ECF No. 18].

Having reviewed the parties' submissions, and considered the arguments, the Court shall provide Plaintiff the opportunity to submit, within fifteen (15) days of the entry of this Order, a proposed amended complaint, for the Court to consider in its determination of the pending motion. "Plaintiff's Motion to Reconsider Memorandum and Order Dated October 21, 2013 (Doc. 15), or Alternatively, Motion for Leave to Amend Complaint" shall be held in abeyance, pending Plaintiff's timely submission of a proposed amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that "Plaintiff's Motion to Reconsider Memorandum and Order Dated October 21, 2013 (Doc. 15), or Alternatively, Motion for Leave to Amend Complaint" [ECF No. 18] is **HELD IN ABEYANCE,** pending Plaintiff's submission of a

proposed amended complaint.  Plaintiff shall submit a proposed amended complaint, for the Court's consideration, within fifteen (15) days of the entry of this Order.

So Ordered this 27th day of November, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE