UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVON ANZALDUA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV01257 ERW |
| ) | |
| NORTHEAST AMBULANCE and ) | |
| FIRE PROTECTION DISTRICT, et al. ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a "Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment, or, in the Alternative, to Lift Discovery Stay and Amend Case Management Order," filed by defendants Derek Mays, Robert Lee, and Kenneth Farwell (collectively referred to as "Defendants") [ECF No. 40], and on "Plaintiff's Motion to Extend Time to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint" [ECF No. 41].

Having reviewed the parties' submissions, and considered the arguments, the Court shall grant the parties' motions for extension of time to file their responsive pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment, or, in the Alternative, to Lift Discovery Stay and Amend Case Management Order" [ECF No. 40] is **GRANTED**.  Defendants' Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment shall be filed no later than January 6, 2014.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion to Extend Time to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint" [ECF No. 41] is **GRANTED**.  Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint shall be filed no later than January 8, 2014.

Dated this   31st   day of December, 2013.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVON ANZALDUA,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | Case No. 4:13CV01257 ERW |
| ) | |
| NORTHEAST AMBULANCE and           ) | |
| FIRE PROTECTION DISTRICT, et al.           ) | |
| ) | |
| Defendants.           ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a "Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment, or, in the Alternative, to Lift Discovery Stay and Amend Case Management Order," filed by defendants Derek Mays, Robert Lee, and Kenneth Farwell (collectively referred to as "Defendants") [ECF No. 40], and on "Plaintiff's Motion to Extend Time to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint" [ECF No. 41].

Having reviewed the parties' submissions, and considered the arguments, the Court shall grant the parties' motions for extension of time to file their responsive pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Motion for Extension of Time to File Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment, or, in the Alternative, to Lift Discovery Stay and Amend Case Management Order" [ECF No. 40] is **GRANTED**.  Defendants' Response in Opposition to Plaintiff's Motion to Defer Motion for Summary Judgment shall be filed no later than January 6, 2014.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion to Extend Time to File a Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint" [ECF No. 41] is **GRANTED**.  Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to File First-Amended Complaint shall be filed no later than January 8, 2014.

Dated this   31st   day of December, 2013.

*E. Richard Webber* (signature)

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE