UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVON ANZALDUA, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>NORTHEAST AMBULANCE and )<br>FIRE PROTECTION DISTRICT, et al. )<br>)<br>    Defendants. ) | Case No. 4:13CV01257 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion to Lift Stay of Discovery or Clarify and Amend Case Management Order to Include Continuing Trial Date [ECF No. 54].

In his motion, Plaintiff asks the Court to extend the time permitted for amending the pleadings, joining additional parties, disclosing experts, completing all discovery, and filing any dispositive motions. Plaintiff additionally requests the trial of this case to be continued.

The Court notes that, rather than filing a timely response to Defendants' motion for summary judgment on the basis of qualified immunity, Plaintiff elected to file a motion asking the Court to defer ruling on the defendants' motion. Consequently, this Court has recently ruled on a request by Plaintiff to, among other things, grant additional time for Plaintiff to conduct discovery, lift a stay on discovery, and amend the Case Management Order to allow additional time for Plaintiff to conduct discovery. In an Order dated February 5, 2014, the Court denied Plaintiff's motion, and instructed Plaintiff to file his Response to the summary judgment motion within twenty-one (21) days of its ruling [ECF No. 50]. The Court has also recently issued an Order granting Plaintiff leave to file an Amended Complaint [ECF No. 49]. Plaintiff's filing of motions has already secured him additional time to comply with the Federal Rules of Civil

Procedure, and the Case Management Order entered in this matter. Nevertheless, Plaintiff filed the instant motion, revisiting issues previously discussed and determined by this Court. Plaintiff is strongly warned such repetitive motions, particularly as Plaintiff has little reason to believe the Court would be persuaded to change its rulings, are not warranted, and tend to serve little purpose other than to increase the burden on the Court and opposing counsel. The Court will deny Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift Stay of Discovery or Clarify and Amend Case Management Order to Include Continuing Trial Date [ECF No. 54] is **DENIED.**

Dated this  19th   day of February, 2014.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE